**LITE DEPALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite
Michael E. Patunas
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

*Of Counsel:*
**KENYON & KENYON LLP**
Steven J. Lee
One Broadway
New York, NY 10004-1050
(212) 425-7200

*Attorneys for Plaintiffs Teva Pharmaceutical Industries Ltd.
and Teva Pharmaceuticals USA, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PLIVA INC., <br><br> Defendant | Civil Action No.: 07-196 (WHW) <br><br> Consolidated for Discovery |
| LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants | Civil Action No.: 07-247 (WHW) <br><br> Consolidated for Discovery |
| MATRIX LABORATORIES LTD. and MATRIX LABORATORIES INC., <br><br> Defendants. | Civil Action No.: 07-581 (WHW) <br><br> Consolidated for Discovery |

148349 v1

|   |   |
|---|---|
| DR. REDDY'S LABORATORIES INC. and DR. REDDY'S LABORATORIES LTD., <br><br>Defendants. | Civil Action No.: 07-634 (WHW) <br><br> Consolidated for Discovery |
| COBALT PHARMACEUTICALS, INC. and COBALT LABORATORIES, INC., <br><br>Defendants. | Civil Action No.07-1690 (WHW) <br><br> Consolidated for Discovery <br><br>**CERTIFICATION OF MICHAEL E. PATUNAS IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

Michael E. Patunas, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey, and a member of the law firm of Lite DePalma Greenberg & Rivas, LLC, located at Two Gateway Center, 12th Floor, Newark, New Jersey 07102, local counsel for Defendants, Teva Pharmaceuticals USA, Inc. & Teva Pharmaceutical Industries, Ltd. ("Teva") in this matter. As such, I have personal knowledge of the facts herein.

2. I make this Certification in support of Teva's application to admit *pro hac vice* Robert V. Cerwinski and Huiya Wu as counsel for Teva in Civil Action Nos. 07-247, 07-581 and 07-1690.

3. Robert V. Cerwinski is a partner in the firm of Kenyon & Kenyon LLP, located at One Broadway, New York, New York 10004. Mr. Cerwinski has advised me that he is a member in good standing of the bar of the state of New York, the United States Court of Appeal for the Federal Circuit, and the United States District Court for the Southern and Eastern Districts of New York. Mr. Cerwinski is not under suspension, nor

148349 v1

has he ever been suspended or disbarred from any Court.  Mr. Cerwinski is fully familiar with the facts of this case.

4. There is good cause for the *pro hac vice* admission of Robert V. Cerwinski, as he is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by his acting as attorney for Teva in this matter.

5. Huiya Wu is an associate in the firm of Kenyon & Kenyon LLP, located at One Broadway, New York, New York 10004.  I am advised by Ms. Wu that she is a member in good standing of the bar of the state of New York, the United States Court of Appeal for the Federal Circuit, and the United States District Court for the Southern and Eastern Districts of New York.  She is not under suspension, nor has she ever been suspended or disbarred from any court.  Ms. Wu is fully familiar with the facts of this case.

6. There is good cause for the *pro hac vice* admission of Huiya Wu, as she is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by his acting as attorney for Teva in this matter.

7. Pursuant to Rule 101.1(c)(3) of the Local Civil Rules, my firm will appear in this action on behalf of Teva and agrees to accept service of all notices, orders and pleadings in this action.

8. Counsel for Plaintiffs has advised me that plaintiffs consent to the *pro hac vice* admission of the above-named counsel.

148349 v1

9.  Accordingly, I respectfully request that this Court enter the proposed Order admitting Robert V. Cerwinski and Huiya Wu *pro hac vice* in Civil Action Nos. 07-247, 07-581 and 07-1690.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/Michael E. Patunas
Michael E. Patunas

Dated:  July 11, 2007

148349 v1